IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEAN CHRISTOPHER EDGE,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

v.    11-cv-832-slc

CORRECT CARE SOLUTIONS and
DR. IVEY,

    Defendants.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed and dismissing Correct Care Solutions, granting summary judgment in favor of Dr. Ivey, and dismissing this case.

| /s/ | 4/26/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |